IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RYAN WITTEN                                                                                          PETITIONER

V.                                        NO: 2:19-cv-00082 JM/PSH

DWAYNE HENDRIX, Warden,
FCC Forrest City                                                                                    RESPONDENT

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Ryan Witten ("Witten"), an inmate in federal custody, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 16, 2019. Docket entry no. 1. Witten did not file an application for permission to proceed *in forma pauperis*, nor did he submit a filing fee. As a result, on July 17, the Court directed Witten to submit either the filing fee or a complete *in forma pauperis* application. Witten was directed to comply with the Court's order no later than 30 days after its entry. He was also notified of his responsibility to comply with Local Rule 5.5, requiring him to prosecute his case diligently and respond to communication from the Court. Witten

was specifically informed that failure to comply with the Court's July 17 Order would result in the recommended dismissal of the case without prejudice. Docket entry no. 2.

On August 1, 2019, Witten filed a motion for leave to proceed *in forma pauperis*. Docket entry no. 3. The motion was not, however, accompanied by required financial information from the prison officials. In response, the Court directed Witten to submit the financial form on or before September 5. Docket entry no. 4. Witten submitted the financial information in a timely fashion, on August 22. Docket entry no. 5. The Court reviewed the financial information and, on August 26, denied the motion to proceed *in forma pauperis*. Witten was instruction to pay the $5 filing fee by September 30 and informed that the failure to do so would prompt a recommendation that his case be dismissed. Docket entry no. 7.

Witten has not paid the filing fee or otherwise responded to the Court's August 26 Order. Under these circumstances, the Court concludes that Witten's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommends that Witten's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

IT IS SO ORDERED this 7th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE