# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

RYAN WITTEN                                           PETITIONER

V.                  NO: 2:19CV00082 JM/PSH

**DWAYNE HENDRIX, Warden,**
**FCC Forrest City**                                       RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 24th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE